UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Victor Manuel Davila  Docket No. 7:14-CR-78-5BO

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Victor Manuel Davila, who upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of Heroin, in violation of 21 U.S.C. 841 § (b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on November 13, 2015, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Victor Manuel Davila was released from custody on April 8, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Davila tested positive for morphine on May 10, 2016. Davila admitted to wrongfully using a prescription medication belonging to his mother to address a toothache. He was admonished for using a prescription medication belonging to another and has agreed to participate in substance abuse treatment and Moral Reconation Therapy.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: June 3, 2016 |

Victor Manuel Davila
Docket No. 7:14-CR-78-5BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __6__ day of __June_____, 2016 and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge